**ALAN H. NEVAS**
**U.S. DISTRICT JUDGE**
**915 LAFAYETE BOULEVARD**
**BRIDGEPORT, CONNECTICUT 06604**

RECEIVED

2006 AUG -1 A 11: 07

FINANCIAL
DISCLOSURE OFFICE

July 27, 2006

Hon. Ortrie D. Smith
Committee on Financial Disclosure
1 Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Smith,

In response to your recent letter re: my 2005 filing, please be advised of the following:

1) In Part V, the "None" box should be checked.
2) Part VII, page 4, line 17 should be amended to "Buy" in column D1, 7/05 in D2 and J in column D3.
3) Part VII, page 5, line 18 and 19 should both be amended to "Buy" in column D1, 5/05 in D2 and K in D3.
4) The items on pages 16 and 19 are cash accounts held by my broker on which I have check writing privileges and which fluctuate from month to month.
5) As for my 2004 report referenced in paragraph 2 of your letter, please be advised that my 2005 report should be amended to reflect that I still own this stock. The income column is A which represents dividends, the value code is K and the method is T.

Sincerely,



U.S. District Judge

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) NEVAS, ALAN H | 2. Court or Organization U.S. DISTRICT COURT, CONN. | 3. Date of Report 05/13/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE (SENIOR) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address U.S. COURTHOUSE 915 LAFAYETTE BOULEVARD BRIDGEPORT, CT 06604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. PAST PRESIDENT | FEDERAL JUDGES ASSOCIATION |
| 2. SECRETARY | JEWISH HOME FOR THE ELDERLY |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | GEORGE MASON LAW SCHOOL | FOOD & LODGING REIMBURSEMENT FURNISHED BY THE GEORGE MASON UNIVERSITY LAW & ECONOMICS CENTER. |
| 2. | FEDERAL JUDGES ASSOCIATION | TRAVEL & FOOD REIMBURSEMENT FOR ANNUAL BOARD MEETING. |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/13/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | $ 0.0 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CORNERSTONE BANK COMMON STOCK | A | Dividend | J | T | | | | | |
| 2. VORNADO REALTY COMMON STOCK | D | Rent | L | W | | | | | |
| 3. GARDEN HOMES MAPLE APARTMENTS, LP | C | Rent | J | W | | | | | RESULT OF MERGER - SEE ABOVE |
| 4. SPRINGDALE CENTER ASSOC. LP | B | Rent | J | W | | | | | |
| 5. MATCHCAP-HARBOR VILLAGE, LLC | A | Dividend | K | W | BUY | 5/24 | K | | |
| 6. MATCHCAP-SEARS FARM, LLC | A | Dividend | K | W | BUY | 2/22 | K | | |
| 7. MATCHCAP-SEARS FARM, LLC | A | Dividend | K | W | BUY | 2/22 | K | | |
| 8. FLEET BANK | A | Interest | J | T | | | | | |
| 9. BANK OF WESTPORT SAVINGS | | | | | | | | | NAME CHANGE TO FAIRFIELD COUNTY BANK |
| 10. FAIRFIELD COUNTY BANK | A | Interest | J | T | | | | | FORMERLY BANK OF WESTPORT |
| 11. COLONIAL BROADWATER LP | | None | K | W | | | | | |
| 12. | | | | | | | | | |
| 13. SCM FDG LLC SER 2003 HERON HOUSE E. PJ CORP. BOND | C | Interest | K | T | | | | | |
| 14. STAR INTL ACADEMY MICH CTFS MUNI BOND | B | Interest | K | T | | | | | |
| 15. MONROE CNTY DEV AGY CIVIC MUNI BOND | B | Interest | K | T | | | | | |
| 16. PHILADELPHIA PA AUTH FOR INDL DEV. MUNI BOND | B | Interest | K | T | | | | | |
| 17. SIMS FREEDOM BAY LLC | A | Interest | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000
(See Column C2)    Q =Appraisal    S =Assessment    T =Cash Market
   U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| TAXABLE BOND | | | | | | | | | |
| 18. SIMS BENCHMARK I LLC TAXABLE BOND | A | Interest | K | T | | | | | |
| 19. SIMS BENCHMARK II SER 2005 TAXABLE BOND | A | Interest | J | T | | | | | |
| 20. ALLIANCE CAPITAL RESERVES MM | A | Interest | J | T | | | | | part of brokerage acct. |
| 21. | | | | | | | | | |
| 22. FIDELITY - IRA | C | Dividend | | | ROLLOVER | 7/20 | | | ROLLOVER TO IRA # 1 |
| 23. - BERKSHIRE HATHAWAY INC. CL B COMMON STOCK | | | | | ROLLOVER | 7/20 | | | ROLLOVER TO IRA # 1 |
| 24. - CREDIT ACCEPTANCE CORP. MICH. COMMON STOCK | | | | | ROLLOVER | 7/20 | | | ROLLOVER TO IRA # 1 |
| 25. - EXPEDITORS INTL. COMMON STOCK | | | | | ROLLOVER | 7/20 | | | ROLLOVER TO IRA # 1 |
| 26. - GLADSTONE CAP CORP COMMON STOCK | | | | | ROLLOVER | 7/20 | | | ROLLOVER TO IRA # 1 |
| 27. - GLADSTONE COML CORP COMMON STOCK | | | | | ROLLOVER | 7/20 | | | ROLLOVER TO IRA # 1 |
| 28. - NORTH FORK BANCORPTN INC. COMMON STOCK | | | | | ROLLOVER | 7/20 | | | ROLLOVER TO IRA # 1 |
| 29. - PROGRESSIVE CORP. OHIO COMMON STOCK | | | | | ROLLOVER | 7/20 | | | ROLLOVER TO IRA # 1 |
| 30. - STUDENT LOAN CORP. COMMON STOCK | | | | | ROLLOVER | 7/20 | | | ROLLOVER TO IRA # 1 |
| 31. - UNITED PARCEL SERVICE INC. COMMON STOCK | | | | | ROLLOVER | 7/20 | | | ROLLOVER TO IRA # 1 |
| 32. - WORLDCOM INC. GA NEW COMMON STOCK | | | | | ROLLOVER | 7/20 | | | ROLLOVER TO IRA # 1 |
| 33. - FIDELITY MID CAP STOCK | | | | | SELL | 7/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/13/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. KOREA FUND INC. | | | | | BUY | 3/10 | K | | |
| 35. | | | | | ROLLOVER | 7/20 | | | ROLLOVER TO IRA # 1 |
| 36. - VALUE LINE ASSET | | | | | SELL | 3/7 | K | | |
| 37. - FIDELITY CAPITAL APPRECIATION MUTUAL FUND | | | | | SELL | 7/18 | J | | |
| 38. - FIDELITY EUROPE CAPITAL APPRECIATION | | | | | SELL | 7/18 | K | | |
| 39. - FIDELITY DIVIDEND GROWTH | | | | | SELL | 7/18 | K | | |
| 40. - FIDELITY CASH RESERVE MM | | | | | SELL | 7/18 | K | | END - FIDELITY IRA |
| 41. | | | | | | | | | |
| 42. IRA # 1 | C | Dividend | N | T | ROLLOVER | 7/20 | | | ROLLOVER FROM FIDELITY IRA |
| 43. - BERKSHIRE HATHAWAY INC. CL B COMMON STOCK | | | | | ROLLOVER | 7/20 | | | |
| 44. | | | | | SELL | 7/21 | K | | & SELL 9/13 |
| 45. - CREDIT ACCEPTANCE CORP. COMMON STOCK | | | | | ROLLOVER | 7/20 | | | |
| 46. | | | | | SELL | 7/21 | J | | |
| 47. - EXPEDITORS INTL OF WASH COMMON STOCK | | | | | ROLLOVER | 7/20 | | | |
| 48. | | | | | SELL | 7/21 | J | | |
| 49. - GLADSTONE CAP CORP COMMON STOCK | | | | | ROLLOVER | 7/20 | | | |
| 50. | | | | | SELL | 7/21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/13/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. - GLADSTONE COMMERCIAL CORP COMMON STOCK | | | | | ROLLOVER | 7/20 | | | |
| 52. | | | | | SELL | 7/21 | J | | |
| 53. - KOREA FUND INC. | | | | | ROLLOVER | 7/20 | | | |
| 54. - NORTH-FORK BANCORP. COMMON STOCK | | | | | ROLLOVER | 7/20 | | | |
| 55. - PROGRESSIVE CORP OHIO COMMON STOCK | | | | | ROLLOVER | 7/20 | | | |
| 56. - STUDENT LOAN CORP COMMON STOCK | | | | | ROLLOVER | 7/20 | | | |
| 57. | | | | | PARTIAL SALE | 7/21 | K | | |
| 58. - UNITED PARCEL SERVICE COMMON STOCK | | | | | ROLLOVER | 7/20 | | | |
| 59. | | | | | SELL | 7/21 | J | | |
| 60. - WORLDCOM INC.GA NEW COMMON STOCK | | | | | ROLLOVER | 7/20 | | | |
| 61. | | | | | SELL | 11/14 | J | | |
| 62. - CAPITAL INCOME BUILDER CL C | | | | | BUY | 7/21 | J | | |
| 63. | | | | | BUY | 9/13 | J | | |
| 64. - CAPITAL WORLD GROWTH & INCOME FUND CL C | | | | | BUY | 7/.21 | J | | |
| 65. | | | | | BUY | 9/13 | J | | |
| 66. - FEDERATED MARKET OPPORTUNITY FUND CL C | | | | | BUY | 7/21 | J | | |
| 67. | | | | | BUY | 9/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/13/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. - LOOMIS SAYLES STRATEGIC INCOME FUND CL C | | | | | BUY | 7/21 | J | | |
| 69. | | | | | BUY | 9/13 | J | | |
| 70. - TEMPLETON GLOBAL BOND FUND CL C | | | | | BUY | 7/21 | J | | |
| 71. | | | | | BUY | 9/13 | J | | |
| 72. - VAN ECK FDS GLOBAL HARD ASSETS FUND CL C | | | | | BUY | 7/21 | J | | |
| 73. | | | | | BUY | 9/13 | J | | |
| 74. - TREASURY BANK, NA CD | | | | | BUY | 7/25 | J | | |
| 75. - VOLKSWAGEN BANK USA CD | | | | | BUY | 7/25 | J | | |
| 76. - BMW BANK OF NA CD | | | | | BUY | 7/25 | K | | |
| 77. - SAFRA NATIONAL BANK NY CD | | | | | BUY | 8/9 | J | | |
| 78. - FIRSTBANK OF PUERTO RICO CD | | | | | BUY | 7/25 | J | | |
| 79. - COLE TAYLOR BANK IL CD | | | | | BUY | 8/3 | J | | |
| 80. - HUNTINGTON NATIONAL BANK OHIO CD | | | | | BUY | 7/29 | J | | |
| 81. - BANK DEPOSIT PROGRAM | | | | | BUY | 7/21 | J | | BROKERAGE MM |
| 82. - | | | | | | | | | END IRA # 1 |
| 83. | | | | | | | | | |
| 84. ARCHER DANIELS MIDLAND COMMON STOCK | A | Dividend | | | SELL | 7/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. COUNTRYWIDE FINANCIAL COMMON STOCK | A | Dividend | | | SELL | 7/18 | J | B | |
| 86. FIDELITY CT MUNI MM | A | Interest | | | SELL | 7/18 | J | | |
| 87. | | | | | | | | | |
| 88. FIDELITY IRA | A | Dividend | | | ROLLOVER | | | | SEE BELOW |
| 89. - BERKSHIRE HATHAWAY INC. CL B COMMON STOCK | | | | | ROLLOVER | | | | ROLLOVER TO IRA # 2 |
| 90. - FIDELITY EUROPE CAPITAL APPRECIATION | | | | | SELL | 7/06 | J | | |
| 91. - FIDELITY GROWTH COMPANY | | | | | SELL | 2/22 | K | | |
| 92. - FIDELITY LOW PRICED STOCK | | | | | SELL | 7/06 | K | | |
| 93. - FIDELITY DIVIDEND GROWTH | | | | | SELL | 2/22 | J | | |
| 94. - FIDELITY VALUE | | | | | BUY | 2/25 | K | | |
| 95. | | | | | SELL | 7/06 | K | | |
| 96. - FIDELITY LATIN AMERICA | | | | | BUY | 2/25 | K | | |
| 97. | | | | | SELL | 7/06 | K | | |
| 98. - FIDELITY SELECT ENERGY | | | | | BUY | 2/25 | K | | |
| 99. | | | | | SELL | 7/06 | K | | |
| 100. - FIDELITY CASH RESERVES | | | | | BUY | 7/20 | L | | AND 7/29 |
| 101. | | | | | SELL | 7/20 | L | | AND 8/ 03 PROCEEDS |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | ROLLED |
| 102. | | | | | | | | | OVER TO IRA # 2 |
| 103. - FIDELITY SMALL CAP | | | | | SELL | 2/22 | K | | END - FIDELITY IRA |
| 104. | | | | | | | | | |
| 105. IRA # 2 | A | Interest | M | T | | | | | |
| 106. | B | Dividend | | | | | | | |
| 107. - BERKSHIRE HATHAWAY INC. CL B COMMON STOCK | | | | | ROLLOVER | 7/21 | | | ROLLOVER FROM FIDELITY |
| 108. | | | | | SELL | 7/22 | | | |
| 109. - CALAMOS GROWTH & INCOME FUND | | | | | BUY | 7/21 | J | | |
| 110. -CAPITAL INCOME BUILDER FUND | | | | | BUY | 7/21 | J | | |
| 111. - CAPITAL WORLD GROWTH & INCOME FUND | | | | | BUY | 7/21 | J | | |
| 112. - FEDERATED MARKET OPPORTUNITY FUND | | | | | BUY | 7/21 | J | | |
| 113. - LOOMIS SAYLES STRATEGIC INCOME FUND | | | | | BUY | 7/21 | J | | |
| 114. - TEMPLETON GLOBAL BOND FUND | | | | | BUY | 7/21 | J | | |
| 115. - VAN ECK FDS GLOBAL HARD ASSETS | | | | | BUY | 7/21 | J | | |
| 116. - TREASURY BANK, NA CD | | | | | BUY | 7/25 | J | | |
| 117. - BMW BANK OF NA CD | | | | | BUY | 7/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/13/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. - FIRSTBANK OF PUERTO RICO CD | | | | | BUY | 7/25 | J | | |
| 119. - COLE TAYLOR BANK IL CD | | | | | BUY | 8/3 | J | | |
| 120. - HUNTINGTON NATL BANK OHIO CD | | | | | BUY | 7/29 | J | | |
| 121. - CITIBANK FSB | | | | | BUY | 7/21 | M | | ROLLOVER FROM FIDELITY |
| 122. | | | | | PARTIAL SALE | 7/21 | M | | 7/25, 7/29 & 8/3. END IRA |
| 123. | | | | | | | | | |
| 124. FIDELITY CT MUNI MM | | None | | | SELL | 7/14 | J | | |
| 125. | | | | | | | | | |
| 126. STAR INTL ACADEMY MICH CTFS PARTN MUNI BOND | A | Interest | J | T | | | | | |
| 127. MONROE CNTY NY INDL DEV AGY CIVIC FAC MUNI BOND | A | Interest | J | T | | | | | |
| 128. PHILADELPHIA PA AUTH FOR INDL DEV SER B MUNI BOND | A | Interest | J | T | | | | | |
| 129. WEST TEXAS DETENTION FAC CORP MUNI BOND | A | Interest | J | T | | | | | |
| 130. ALLIANCE BERNSTEIN CAP RES MM | A | Dividend | J | T | | | | | part of brokerage acct. |
| 131. | | | | | | | | | |
| 132. WOMEN IN SECURITIES | A | Dividend | J | T | | | | | SEE BELOW |
| 133. - PFIZER INC. COMMON STOCK | | | | | | | | | |
| 134. - AFFILIATED COMPUTER COMMON STOCK | | | | | SELL | 1/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/13/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. - BED BATH & BEYOND COMMON STOCK | | | | | | | | | |
| 136. -BERKSHIRE HATHAWAY CL B COMMON STOCK | | | | | | | | | |
| 137. - HOME DEPOT COMMON STOCK | | | | | | | | | |
| 138. - GENERAL ELECTRIC COMMON STOCK | | | | | BUY | 1/5 | J | | |
| 139. | | | | | SELL | 12/06 | J | | |
| 140. STRYKER COMMON STOCK | | | | | BUY | 2/08 | J | | |
| 141. | | | | | SELL | 7/06 | J | | |
| 142. JOHNSON & JOHNSON COMMON STOCK | | | | | BUY | 2/08 | J | | |
| 143. CANADIAN NATIONAL RAILWAY COMMON STOCK | | | | | BUY | 4/05 | J | | |
| 144. | | | | | SELL | 7/06 | J | | |
| 145. ENERGY SECTOR SPDR COMMON STOCK ETF | | | | | BUY | 5/04 | J | | |
| 146. ENERGY SECTOR SPDR COMMON STOCK ETF | | | | | BUY | 7/06 | J | | |
| 147. BERKSHIRE HATHAWAY CL B COMMON STOCK | | | | | BUY | 5/04 | J | | |
| 148. AVID TECHNOLOGY COMMON STOCK | | | | | BUY | 6/07 | J | | |
| 149. AVID TECHNOLOGY COMMON STOCK | | | | | BUY | 7/14 | J | | |
| 150. FISERV COMMON STOCK | | | | | BUY | 7/06 | J | | |
| 151. | | | | | SELL | 12/06 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/13/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. ANTEON INTL. COMMON STOCK | | | | | BUY | 7/06 | J | | |
| 153. LENNAR CORP. COMMON STOCK | | | | | BUY | 8/02 | J | | |
| 154. | | | | | SELL | 8/18 | J | | |
| 155. AMGEN COMMON STOCK | | | | | BUY | 10/06 | J | | |
| 156. ISHARES EMERGING MARKETS ETF COMMON ST | | | | | BUY | 10/14 | J | | |
| 157. | | | | | | | | | END -WOMEN IN SECURITIES |
| 158. | | | | | | | | | |
| 159. AMSOUTH BANCORPORATION COMMON | A | Dividend | | | SELL | 7/18 | J | B | |
| 160. ANADARKO PETE CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 161. BANK OF AMERICA CORP. COMMON STOCK | A | Dividend | | | SELL | 9/13 | K | C | & 11/28 |
| 162. BANKNORTH GROUP INC. COMMON STOCK | A | Dividend | | | SELL | 3/03 | K | | |
| 163. BANKNORTH CAP TR II | B | Interest | K | T | | | | | |
| 164. BERKSHIRE HATHAWAY CL B COMMON STOCK | | None | K | T | | | | | |
| 165. BERKSHIRE HATHAWAY CL B COMMON STOCK | | None | L | T | | | | | |
| 166. BOSTON PROPERTIES INC. COMMON STOCK | A | Distribution | J | T | | | | | |
| 167. CHEVRON TEXACO CORP. COMMON STOCK | B | Dividend | K | T | | | | | |
| 168. CHEVRON TEXACO CORP. COMMON STOCK | A | Distribution | J | T | BUY | 1/07 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/13/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buy er/seller (if private transaction) |
| 169. CISCO SYSTEMS INC. COMMON STOCK | | None | K | T | | | | | |
| 170. COMMERCE BANCORP INC. NJ COMMON STOCK | A | Dividend | K | T | | | | | |
| 171. VERIZON 7.375% PFD CORP. BACKED TRUST CERT. | A | Interest | | | SELL | 5/31 | K | A | |
| 172. DIAMOND OFFSHORE COMMON STOCK | A | Dividend | K | T | | | | | |
| 173. DOMINION CNG CAP TR I 7.8% | A | Interest | J | T | PARTIAL SALE | 6/27 | J | A | |
| 174. EXPEDITORS INTL OF WASH INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 175. EXPEDITORS INTL OF WASH INC. COMMON STOCK | A | Distribution | J | T | | | | | |
| 176. EXXON MOBIL CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 177. FIRST BANCORP COMMON STOCK | A | Dividend | | | SELL | 7/18 | K | B | & 9/13 |
| 178. FIRST ISRAEL FD INC. COMMON STOCK | | None | J | T | | | | | |
| 179. GENERAL ELECTRIC COMMON STOCK | A | Dividend | J | T | | | | | |
| 180. HOME DEPOT COMMON STOCK | A | Dividend | K | T | | | | | |
| 181. HUDSON UNITED BANKCORP COMMON STOCK | B | Dividend | K | T | | | | | |
| 182. INTL. BUSINESS MACHINES CORP. COMMON STOCK | A | Dividend | | | BUY | 4/1 | K | | |
| 183. | | | | | SELL | 7/18 | K | B | |
| 184. KEYCORP NEW COMMON STOCK | A | Dividend | K | T | Partial Sale | 1/07 | J | | |
| 185. LOOMIS SAYLES STRATEGIC INCOME FUND CL C | A | Distribution | K | T | BUY | 7/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | |
| (See Column C2) | Q =Appraisal | | S =Assessment | T =Cash Market | |
| | U =Book Value | | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/13/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. LUCENT TECHNOLOGIES INC. COMMON STOCK | | None | J | T | | | | | |
| 187. MARATHON OIL CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 188. MICROSOFT CORP. COMMON STOCK | A | Dividend | | | SELL | 3/23 | J | | |
| 189. NATIONAL CITY CORP. COMMON STOCK | A | Dividend | | | SELL | 3/23 | J | | |
| 190. NATIONAL CITY CORP. COMMON STOCK | A | Dividend | | | SELL | 7/18 | K | B | |
| 191. NEW PLAN EXCEL REALTY TR INC. COMMON STOCK | A | Distribution | J | T | | | | | |
| 192. NORTHERN TRUST CORP. COMMON STOCK | A | Dividend | | | SELL | 7/18 | J | B | |
| 193. PEPSICO INC. COMMON STOCK | A | Dividend | K | T | PARTIAL SALE | 4/28 | K | D | |
| 194. PIMCO ALL ASSET FUND CL C MUTUAL FUND | A | Dividend | K | T | BUY | 7/18 | K | | |
| 195. PIMCO COMMODITY REAL RET. STRAT. FUND CL C MUTUAL FUND | C | Dividend | K | T | BUY | 7/18 | K | | |
| 196. PROCTER & GAMBLE CO. COMMON STOCK | B | Dividend | L | T | | | | | |
| 197. PROGRESSIVE CORP OHIO COMMON STOCK | A | Dividend | J | T | | | | | |
| 198. STANDARD & POORS MIDCAP 400 COMMON STOCK | A | Dividend | | | SELL | 7/18 | J | C | |
| 199. TAKE TWO INTERACTIVE COMMON STOCK | | None | J | T | | | | | |
| 200. THE STUDENT LOAN CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 201. TD BANKNORTH, INC. COMMON STOCK | A | Dividend | K | T | MERGER | 3/1 | K | | MERGER BANK NORTH GROUP |
| 202. TORONTO DOMINION BANK ONT. COMMON STOCK | A | Dividend | K | T | MERGER | 3/1 | J | | MERGER BANK NORTH GROUP |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 203. WALGREEN CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 204. WASHINGTON MUTUAL INC. COMMON STOCK | A | Dividend | | | SELL | 7/18 | K | C | |
| 205. WEBSTER FINANCIAL CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 206. TEMPLETON GLOBAL BOND FUND | A | Dividend | K | T | BUY | 7/18 | K | | |
| 207. CT STATE G/O MUNI BOND | A | Interest | K | T | BUY | 9/14 | K | | |
| 208. COLCHESTER CT MUNI BOND | A | Interest | K | T | BUY | 7/25 | K | | |
| 209. CORNWALL CT G/O MUNI BOND | | None | J | T | BUY | 11/29 | J | | |
| 210. | | | | | | | | | |
| 211. ADVANTAGE PRIMARY LIQ. FUND MM | A | Dividend | | | SELL | 7/13 | K | | PART OF BROKERAGE ACCT. |
| 212. BANK DEPOSIT PROGRAM | A | Distribution | J | T | | | | | BROKERAGE MM |
| 213. | | | | | | | | | |
| 214. AMSOUTH BANCORPORATION COMMON STOCK | A | Dividend | | | SELL | 7/18 | J | A | |
| 215. BB&T CORP. COMMON STOCK | A | Dividend | | | SELL | 3/23 | J | A | |
| 216. BANK OF AMERICA CORP. COMMON STOCK | A | Dividend | | | SELL | 11/28 | J | B | |
| 217. BANKNORTH GROUP INC. COMMON STOCK | A | Dividend | | | SELL | 3/3 | J | | |
| 218. BERKSHIRE HATHAWAY CL B COMMON STOCK | | None | K | T | PARTIAL SALE | 7/18 | J | | |
| 219. BERKSHIRE HATHAWAY CL B | | None | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000
(See Column C2)    Q =Appraisal    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 17 of 21

**Name of Person Reporting**

NEVAS, ALAN H

**Date of Report**

05/13/2006

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| COMMON STOCK | | | | | | | | | |
| 220. VERIZON 7.375 PFD CORP. BACKED TRUST CERT. | A | Interest | J | T | | | | | |
| 221. DTE ENERGY TRUST I 7.8% | A | Interest | J | T | | | | | |
| 222. DOMINION CNG CAP TR COMMON STOCK | B | Interest | J | T | | | | | |
| 223. EXPEDITORS INTL. OF WASH. INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 224. EXXON MOBIL CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 225. EXXON MOBIL CORP. COMMON STOCK | A | Dividend . | J | T | | | | | |
| 226. GENERAL MOTORS CORP. 7.25% SENIOR NOTES | A | Interest | | | SELL | 3/21 | J | | |
| 227. HEALTHCARE REALTY TR INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 228. INTL. BUSINESS MACHINES CORP. COMMON STOCK | A | Dividend | | | BUY | 4/28 | J | | |
| 229. | | | | | SELL | 7/18 | J | A | |
| 230. KEY CORP. NEW COMMON STOCK | A | Dividend | | | SELL | 9/13 | J | A | |
| 231. LUCENT TECH INC. COMMON STOCK | | None | J | T | | | | | |
| 232. MICROSOFT CORP. COMMON STOCK | A | Dividend | | | SELL | 3/23 | J | | |
| 233. NTN COMMUNICATIONS INC. COMMON STOCK | | None | J | T | | | | | |
| 234. PEPSICO INC. COMMON STOCK | A | Dividend | | | SELL | 4/28 | J | C | |
| 235. PEPSICO INC. COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/13/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 236. PEPSICO INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 237. PIPER JAFFRAY COMMON STOCK | | None | | | SELL | 10/31 | J | | |
| 238. PROCTER & GAMBLE CO. COMMON STOCK | A | Dividend | K | T | | | | | |
| 239. SIMON PROPERTY GROUP COMMON STOCK | A | Dividend | J | T | | | | | |
| 240. SIMON PROPERTY 6.0% PR | A | Interest | J | T | | | | | |
| 241. STRYKER CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 242. THE STUDENT LOAN CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 243. TD BANKNORTH INC. COMMON STOCK | A | Dividend | J | T | MERGER | 3/1 | J | | FORMERLY BANKNORTH GROUP |
| 244. TORONTO DOMINION BANK ONT. COMMON STOCK | A | Dividend | J | T | MERGER | 3/1 | J | | FORMERLY BANKNORTH GROUP |
| 245. US BANCORP COMMON STOCK | A | Dividend | | | SELL | 7/18 | J | A | |
| 246. WASHINGTON MUTUAL COMMON STOCK | A | Dividend | J | T | | | | | |
| 247. LOOMIS SAYLES STRATEGIC INCOME FUND | A | Dividend | J | T | BUY | 7/18 | J | | |
| 248. PIMCO ALL ASSET FUND | A | Dividend | J | T | BUY | 7/18 | J | | |
| 249. TEMPLETON GLOBAL BOND FUND | A | Dividend | J | T | BUY | 7/18 | J | | |
| 250. TORRINGTON CT MUNI BOND | A | Interest | J | T | BUY | 9/13 | J | | |
| 251. COLCHESTER CT MUNI BOND | A | Interest | J | T | BUY | 7/25 | J | | |
| 252. CORNWALL CT MUNI BOND | | None | J | T | BUY | 11/29 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/13/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | If not exempt from disclosure | | | |
| 253. CITIGROUP BANK DEPOSIT PROGRAM | A | Dividend | J | T | | | | | |
| 254. ADVANTAGE PRIMARY LIQUID FUND | A | Dividend | | | SELL | 7/07 | J | | MM-part of brokerage acct. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date_____ 5/15/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544